Daniel S. Bravo
Dan.s.bravo@gmail.com
Corrie J. Bravo
Corriejbravo@yahoo.com

8 Desert Thorn
Rancho Santa Margarita, CA 92688
Telephone: (949) 283-6734

FILED
DEC 15 2023
CLERK U.S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>DANIEL SAM BRAVO and<br>CORRIE JENNIFER BRAVO,<br><br>Debtors.<br><br>I.C.A.R.E. DOG RESCUE, a California Nonprofit Public Benefit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL S. BRAVO, an individual; and CORRIE J. BRAVO, an individual,<br><br>Defendants. | Bankruptcy Case No: 8:23-bk-11709-SC<br><br>Chapter 7<br><br>Adversary No.: 8:23-ap-01140-SC<br><br>**DEFENDANT DANIEL S. BRAVO AND CORRIE J. BRAVO'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Defendant Daniel S. Bravo and Corrie J. Bravo ("Defendants") answers the Complaint of Plaintiffs, I.C.A.R.E. DOG RESCUE, a California Nonprofit Public Benefit Corporation ("Plaintiff" and "ICARE") in the above referenced Chapter 7 case as follows:

1. Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegation set forth in paragraph 1 of the Complaint, and on those grounds denies each and every allegation contained therein.

**DEFENDANT DANIEL S. BRAVO AND CORRIE J. BRAVO'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT**

- 1

## JURISDICTION AND VENUE

2. Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegation set forth in paragraph 2 of the Complaint, and on those grounds denies each and every allegation contained therein.

3. Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegation set forth in paragraph 3 of the Complaint, and on those grounds denies each and every allegation contained therein.

4. Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegation set forth in paragraph 4 of the Complaint, and on those grounds denies each and every allegation contained therein.

## PARTIES

5. Deny.

6. Admit.

7. Admit.

8. Admit.

## FACTUAL ALLEGATIONS

9. Admit.

10. Defendants admit that Plaintiff asserts claims against defendants in the State Court Action, but Defendants Deny the allegations asserted in such claims.

11. Deny.

12. Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegation set forth in paragraph 12 of the Complaint, and on those grounds denies each and every allegation contained therein.

13. Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegation set forth in paragraph 13 and subparagraphs a. and b. of the Complaint, and on that grounds denies each and every allegation contained therein.

14. Deny.

**DEFENDANT DANIEL S. BRAVO AND CORRIE J. BRAVO'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT**

15. Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegation set forth in paragraph 15 of the Complaint, and on those grounds denies each and every allegation contained therein.

16. Deny.

17. Defendants admit that Plaintiff sent a demand to Defendants deny the remaining allegations set forth in Paragraph 16 of the Complaint.

18. Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegation set forth in paragraph 18 of the Complaint, and on those grounds denies each and every allegation contained therein.

19. Deny.

20. Deny.

21. Deny.

22. Paragraph 22 of the Complaint sets forth legal conclusions and questions of law to which no response is required, to the extent a response is deemed required, the allegations are denied.

23. Deny.

24. Deny.

25. Defendants admit that in the State Court Action, Plaintiff seeks a judgement against Defendants for treble damages of no less than $856,006.14, but deny the remaining allegations set forth in paragraph 25 of the Complaint.

26. Paragraph 26 of the Complaint sets forth legal conclusions and questions of law to which no response is required, to the extent a response is deem required, the allegations are denied.

27. Paragraph 27 of the Complaint sets forth legal conclusions and questions of law to which no response is required, to the extent a response is deem required, the allegations are denied.

## FIRST CLAIM FOR RELIEF

### (NON-DISCHARGEABILITY OF DEBT -11 U.S.C. § 523(a)(2)(A))

#### (Against All Defendants)

28. Defendants incorporate its answers to paragraphs 1 through 27 of the Plaintiff's

**DEFENDANT DANIEL S. BRAVO AND CORRIE J. BRAVO'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT**

- 3 -

Main Document    Page 4 of 8

Complaint as though fully set forth herein.

29. Paragraph 29 of the Complaint sets forth legal conclusions and questions of law to which no response is required, to the extent a response is deem required, the allegations are denied.

30. Deny.

31. Deny.

32. Deny.

33. Deny.

## SECOND CLAIM FOR RELIEF

### (NON-DISCHARGEABILITY OF DEBT -11 U.S.C. § 523(a)(4))

**(Against All Defendants)**

34. Defendants incorporate its answers to paragraphs 1 through 33 of the Plaintiff's Complaint as though fully set forth herein.

35. Paragraph 35 of the Complaint sets forth legal conclusions and questions of law to which no response is required, to the extent a response is required, the allegations are denied.

36. Deny.

37. Paragraph 37 of the Complaint sets forth legal conclusions and questions of law to which no response is required, to the extent a response is required, the allegations are denied.

## THIRD CLAIM FOR RELIEF

### (NON-DISCHARGEABILITY OF DEBT -11 U.S.C. § 523(a)(6))

**(Against All Defendants)**

38. Defendants incorporate its answers to paragraphs 1 through 37 of the Plaintiff's Complaint as though fully set forth herein.

39. Paragraph 39 of the Complaint sets forth legal conclusions and questions of law to which no response is required, to the extent a response is required, the allegations are denied.

40. Deny.

41. Deny.

42. Paragraph 42 of the Complaint sets forth legal conclusions and questions of law to which no

**DEFENDANT DANIEL S. BRAVO AND CORRIE J. BRAVO'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT**

- 4 -

response is required, to the extent a response is required, the allegations are denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1. Defendants allege that the Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

2. Defendants allege that Plaintiff is barred from any and all recovery under the Complaint because of the equitable doctrines of waiver, laches and estoppel.

### THIRD AFFIRMATIVE DEFENSE

3. Plaintiff has waived any rights or claims against Defendants based on Plaintiff's acts or omissions.

### FOURTH AFFIRMATIVE DEFENSE

4. Plaintiff is barred from any recovery based on the fact that Plaintiff has not come to the court with clean hands.

### FIFTH AFFIRMATIVE DEFENSE

5. Plaintiff has failed to mitigate Plaintiff's alleged injury or loss, if any.

### SIXTH AFFIRMATIVE DEFENSE

6. The Complaint, and each and every cause of action therein alleged, is vague, ambiguous, and uncertain as to Defendants.

### SEVENTH AFFIRMATIVE DEFENSE

7. Defendants' assertion of specific affirmative defenses in this Answer does not constitute a waiver of any other affirmative defenses not asserted in this Answer, and Defendants reserve the right to assert any additional and applicable affirmative defenses disclosed by their investigation and discovery in this Action.

WHEREFORE, Defendant prays for an Order:

1. Dismissing Complaint herein with prejudice;
2. Awarding to Defendants the attorney's fees and costs of suit herein in an amount

**DEFENDANT DANIEL S. BRAVO AND CORRIE J. BRAVO'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT**

to be determined; and

    3.    For such other and further relief as the Court may deem just and proper.

Dated: December 15, 2023 _____

    Daniel Bravo, Pro Se

Dated: December 15, 2023 _____

    Corrie Bravo, Pro Se

**DEFENDANT DANIEL S. BRAVO AND CORRIE J. BRAVO'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT**

- 6 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (specify): Answer-to-Complaint-12-15-2023-1

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 12-15-2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Matthew J. Pero
Lagerlof, LLP
155 North Lake Ave. 11th Floor
Pasadena, CA 91101

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/15/23 | Daniel S. Bravo | [signature] |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                         F 9013-3.1.PROOF.SERVICE

**CALIFORNIA ACKNOWLEDGMENT**    CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __ORANGE__

On __15TH DEC. 2023__ before me, __SHETAL P. NAIR, NOTARY PUBLIC__,
    Date                                        Here Insert Name and Title of the Officer
personally appeared __DANIEL S. BRAVO, CORRIE J. BRAVO__
                                            Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

SHETAL P. NAIR
Notary Public - California
Orange County
Commission # 2456413
My Comm. Expires Aug 1, 2027

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                    Signature of Notary Public

*Place Notary Seal and/or Stamp Above*

—————————— OPTIONAL ——————————
*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __DEFENDANT DANIEL S. BRAVO AND CORRIE J. BRAVO'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT__
Document Date: __15TH DECEMBER 2023__    Number of Pages: __7__
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: __DANIEL S. BRAVO__
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☑ Individual       ☐ Attorney in Fact
☐ Trustee          ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: __CORRIE J. BRAVO__
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☑ Individual       ☐ Attorney in Fact
☐ Trustee          ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2019 National Notary Association